STATE OF INDIANA   )    HAMILTON COUNTY SUPERIOR COURT
  )    ROOM NO. 3
  ) SS:
COUNTY OF HAMILTON   )    CAUSE NUMBER: 25D03-0905-PL- 627

UMAREX SPORTWAFFEN   )
GMBH & CO KG; CARL WALTHER   )
SPORTWAFFEN GMBH; GLOCK INC.;   )
and HECKLER & KOCH, INC.   )
  )
      Plaintiff,   )
  )
  )
  v.   )
  )
TOYRIFFIC, LLC D/B/A   )
HOBBYTRON.COM   )
  )
      Defendant.   )

## SUMMONS

DEFENDANT:     Toyriffic, LLC d/b/a Hobbytron.com
c/o Registered Agent, Jeffrey Sax
660 S. Figueroa Street, Ste. 2400
Los Angeles, CA 90017

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: _____ MAY 14 2009          _Peggy Beaver_ Clerk
                      CLERK OF COURTS
                      Hamilton County Superior Court No. 3

The following manner of service of Summons is hereby designated:

_____   Registered or Certified Mail
__X__   Service on individual at above address:
_____   Service on agent:
_____   Service by Publication

_____
Darlene R. Seymour
Atty. No. 23133-49
Attorney for Plaintiff

STATE OF INDIANA ) HAMILTON COUNTY SUPERIOR COURT
) ROOM NO. 3
) SS:
COUNTY OF HAMILTON ) CAUSE NUMBER: 29D03-0905-PL- 627

UMAREX SPORTWAFFEN )
GMBH & CO KG; CARL WALTHER )
SPORTWAFFEN GMBH; GLOCK INC.; )
and HECKLER & KOCH, INC. )
)
Plaintiff, )
)
)
v. )
)
TOYRIFFIC, LLC D/B/A )
HOBBYTRON.COM )
)
Defendant. )

FILED 2009 MAY 14 AM 6:43 PEGGY BEAVER CLERK (3) HAMILTON COUNTY COURTS

## APPEARANCE BY ATTORNEY IN CIVIL CASE

COMES NOW, Brian J. McGinnis, attorney for Plaintiff, and files his appearance in this matter.

Party Classification: Initiating __x__    Responding ___    Intervening ___

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Carl Walther Sportwaffen GmbH & Co. KG, Umarex Sportwaffen GmbH & Co, Glock, Inc., and Heckler & Koch, Inc.

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name: Brian J. McGinnis    Attorney Number: 25350-41
Address: 1292 E. 91st Street    Phone: 317-818-0523
Indianapolis, IN 46240    FAX: 317-566-2453

3. There are other party members: Yes ___ No __x__

4. *If first initiating party filing this case*, the Clerk is requested to assign this case the following Case Type Under Administrative Rule 8(b)(3): PL as listed above per clerk.

5. I will accept service by FAX at the above noted number: Yes __x__ No _____.

6. This case involves support issues. Yes ___ No __x__

7. There are related cases: Yes ___ No __x__

8. This form has been served on all other parties. Certificate of Service is attached:
Yes __ No __x__

9. Additional information required by local rule: None

Brian J. McGinnis
Atty. No. 25350-41
Attorney for Plaintiff

STATE OF INDIANA ) HAMILTON COUNTY SUPERIOR COURT
) ROOM NO. 3
) SS:
COUNTY OF HAMILTON ) CAUSE NUMBER: 29D03-0905-PL-627

UMAREX SPORTWAFFEN )
GMBH & CO KG; CARL WALTHER )
SPORTWAFFEN GMBH; GLOCK INC.; )
and HECKLER & KOCH, INC. )
)
Plaintiff, )
)
)
)
v. )
)
TOYRIFFIC, LLC D/B/A )
HOBBYTRON.COM. )
)
Defendant. )

FILED
2009 MAY 14 AM 8:43
PEGGY BEAVER
CLERK (S)
HAMILTON COUNTY COURTS

## APPEARANCE BY ATTORNEY IN CIVIL CASE

COMES NOW, Darlene R. Seymour, attorney for Plaintiff, and files her appearance in this matter.

Party Classification: Initiating __x__  Responding ___  Intervening ___

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): <u>Carl Walther Sportwaffen GmbH & Co. KG, Umarex Sportwaffen GmbH & Co., Glock, Inc., and Heckler & Koch, Inc.</u>

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name: <u>Darlene R. Seymour</u>          Attorney Number: <u>23133-49</u>
Address: <u>1292 E. 91st Street</u>       Phone: <u>317-818-0523</u>
<u>Indianapolis, IN 46240</u>             FAX: <u>317-566-2453</u>

3. There are other party members: Yes ___ No __x__

4. *If first initiating party filing this case*, the Clerk is requested to assign this case the following Case Type Under Administrative Rule 8(b)(3): PL as listed above per clerk.

5. I will accept service by FAX at the above noted number: Yes __x__ No _____

6. This case involves support issues. Yes ___ No __x__

7. There are related cases: Yes ___ No __x__

8. This form has been served on all other parties. Certificate of Service is attached:

9. Additional information required by local rule: None

Darlene K. Seymour
Atty. No. 23133-49
Attorney for Plaintiff

STATE OF INDIANA ) HAMILTON COUNTY SUPERIOR COURT
) ROOM NO. 3
) SS:
COUNTY OF HAMILTON ) CAUSE NUMBER: 29D03-0905-PL- 627

UMAREX SPORTWAFFEN )
GMBH & CO KG; CARL WALTHER )
SPORTWAFFEN GMBH; GLOCK INC.; )
and HECKLER & KOCH, INC. )
)
Plaintiff, )
)
)
)
v. )
)
TOYRIFFIC, LLC D/B/A )
HOBBYTRON.COM )
)
Defendant. )



## COMPLAINT

For this Complaint against Defendant, Toyriffic, LLC d/b/a Hobbytron.com

("Hobbytron") (hereinafter referred to as "Defendant"), Plaintiffs, Umarex Sportwaffen

Gmbh & Co KG ("Umarex"), Carl Walther Sportwaffen GmbH ("Walther"), Glock, Inc.

("Glock") and Heckler & Koch, Inc. ("HK") (hereafter collectively referred to as

"Plaintiffs") hereby allege as follows:

### A.
### SUBSTANCE OF THE ACTION

1. This case involves infringement upon the distinctive and world-famous Umarex,
   Walther, Glock, and HK trademarks and trade dress used in connection with the
   sale and promotion of their replica and firearm products. Defendant's
   infringement arises out of the unauthorized use of the Umarex, Walther, Glock,
   and HK trademarks and trade dress on airsoft guns sold in Indiana and throughout

the United States ("the infringing items").

2. Defendant's use of the Umarex, Walther, Glock, and HK marks on the infringing items violates Plaintiffs' rights under federal trademark law, common law and Indiana state law. Plaintiffs assert claims for federal trademark infringement, federal trademark dilution, false designation of origin or sponsorship, false advertising, and trade dress infringement pursuant to the Lanham Act, as well as common law trademark infringement, unfair competition, conversion, forgery, counterfeiting, and deception. Plaintiffs seek a permanent injunction preventing Defendant from using the distinctive Umarex, Walther, Glock, and HK marks, along with an award of damages, corrective advertising damages, treble damages, profits, attorney's fees and costs.

**B.**
**THE PARTIES**

3. Plaintiffs Umarex Sportwaffen Gmbh & Co KG and Carl Walther Sportwaffen GmbH are foreign corporations organized and existing under the laws of Germany.

4. Plaintiff Heckler & Koch, Inc. is a corporation organized and existing under the laws of Virginia.

5. Plaintiff Glock, Inc. is a corporation organized and existing under the laws of five different territories, including the state of Georgia.

6. Defendant, Toyriffic, LLC d/b/a Hobbytron.com, is a corporation organized and existing under the laws of California. Hobbytron can be served via its registered agent, Jeffrey Sax, at 660 S. Figueroa Street, Ste. 2400, Los Angeles, CA 90017.

**C.**

## JURISDICTION AND VENUE

7. This Court has original jurisdiction over this action pursuant to Ind. Code § 33-28-1-2 and Ind. Code § 33-33-29-7.

8. Defendant has submitted to this Court's jurisdiction by supplying goods within the state of Indiana.

9. Defendant has further submitted to this Court's jurisdiction by doing business in the state of Indiana.

10. Venue properly lies in this Court because a substantial part of the events giving rise to the claims alleged herein arose in Hamilton County, Indiana.

## D.
## GENERAL ALLEGATIONS

### 1.  Umarex's Trademark Rights

11. Umarex Sportwaffen Gmbh & Co KG is a leader in replica gun sales including air soft guns and paintball guns, in the United States and around the world. Relative to this business, Umarex is the exclusive licensee and owner of many valuable designs, trademarks, trade dress and copyrights derived from its replica of firearms (collectively referred to herein as "the Umarex marks").

12. More specifically, Umarex is the exclusive owner of federal trademark registration numbers 1919581 and 2944536 for its PPK® trademark in the toy gun and firearm classes. These registrations are active and unrevoked, and constitute *prima facie* evidence of Umarex's ownership of the marks.

13. Umarex also owns common law trademark and trade dress rights in the distinct shape of the PPK®. These rights are included in the Umarex marks.



14. The Umarex marks are distinctive and famous.

15. Umarex is engaged in the sale, advertising, and/or licensing of merchandise bearing the Umarex marks in Indiana and elsewhere.

16. Umarex maintains strict control over the quality and nature of its products and items bearing the Umarex marks.

17. Umarex has invested considerable time and money in advertising the Umarex marks throughout Indiana and the United States. As a result of this extensive advertising, the Umarex marks are immediately recognizable.

18. Umarex has acquired substantial goodwill among consumers.

19. As a result of such goodwill and immediate recognition, and as a result of extensive advertising, items bearing the Umarex marks have become highly valuable.

## 2. HK's Trademark Rights

20. HK is a leading firearms manufacturer and distributor in the United States. HK is especially prominent in providing weaponry to military and law enforcement throughout the country. HK is known for weapons such as its MP5® submachine gun.

21. Related to this business, HK owns a wide variety of intellectual property rights ("the HK marks"). Included within the HK marks are federal and state registered trademarks, trade dress, copyrights and patents for HK's well-known weapon designation marks and weapon designs.

22. Relevant to this Complaint, HK is the registrant for federal registration number 1594109 for the MP5® mark. This registration is active and unrevoked, and

4

constitutes *prima facie* evidence of HK's ownership of the marks.

23. HK also owns common law trademark rights in the distinct shapes and features of its gun products, including but not limited to the MP5. These common law rights are included in the HK marks.

24. HK maintains strict control over the quality and nature of their products and items bearing the HK marks.

25. HK has invested considerable time and money in establishing the HK marks throughout Indiana and the United States. As a result of these efforts, the HK marks are immediately recognizable.

26. HK has acquired substantial goodwill among consumers.

27. As a result of such goodwill and immediate recognition, items bearing the HK marks have become highly valuable.

### 3. Walther's Trademark Rights

28. Walther is a leader in firearms sales in the United States and around the world. Relative to this business, Walther is the exclusive owner of many valuable designs, trademarks, trade dress and copyrights derived from the Walther brand of firearms (collectively referred to herein as "the Walther marks").

29. More specifically, Walther is the exclusive owner of federal trademark registration numbers 2873724 and 2148616 for its P99® trademark and registration numbers 1120867 and 2909647 for the Walther mark. These registrations are active and unrevoked, and constitute *prima facie* evidence of Walther's ownership of the marks.

30. Walther also owns common law trademark and trade dress rights in the distinct

5

shape of the P99®. These rights are included in the Walther marks.

31. The Walther marks are distinctive and famous.

32. Walther is engaged in the sale, advertising, and/or licensing of merchandise bearing the Walther marks in Indiana and elsewhere.

33. Walther maintains strict control over the quality and nature of its products and items bearing the Walther marks.

34. Walther has invested considerable time and money in advertising the Walther marks throughout Indiana and the United States. As a result of this extensive advertising, the Walther marks are immediately recognizable.

35. Walther has acquired substantial goodwill among consumers.

36. As a result of such goodwill and immediate recognition, and as a result of extensive advertising, items bearing the Walther marks have become highly valuable.

### 4. Glock's Trademark Rights

37. Glock is a weapons manufacturer with its headquarters in Deutsch-Wagram, Austria. Glock produces knives, accessories and tools, but is most famous for its extensive line of pistols. Relative to this business, Glock is the exclusive owner of multiple federally registered word and image trademarks. These registrations are active and unrevoked, and constitute *prima facie* evidence of Glock's ownership of the marks.

38. Relevant to this Complaint, Glock is the registrant for federal registration numbers 2807745 and 2807747 for the Glock trade dress. These registrations are active and unrevoked, and constitutes *prima facie* evidence of Glock's ownership

of the mark.

39. The Glock marks are distinctive and famous.

40. Glock is engaged in the sale and/or licensing of promotional items bearing the Glock marks in Indiana and elsewhere.

41. Glock maintains strict control over the quality and nature of its products and items bearing the Glock marks.

42. Glock has invested considerable time and money in advertising the Glock marks throughout Indiana and elsewhere. As a result of extensive worldwide advertising, the Glock marks are immediately recognizable.

43. Glock has acquired substantial goodwill among consumers.

44. As a result of such goodwill and immediate recognition, and as a result of extensive advertising, the Glock marks have become highly valuable.

### 5. Defendant's Infringement of Plaintiff's Rights

45. Subsequent to Plaintiffs' development, use and registration of the Umarex, Walther, Glock, and HK marks, Defendant began using the Umarex, Walther, Glock, and HK marks or confusingly similar variations of the marks.

46. Defendant has manufactured, produced, advertised and/or sold items bearing the Umarex, Walther, Glock, and HK marks. Specifically, Defendant manufactured, distributed, advertised and/or sold airsoft guns which mimic the PPK, P99, MP5 and Glock firearms. Samples of the airsoft guns manufactured, distributed, advertised and/or sold by Defendant are attached to the Complaint as Exhibit A.

47. Defendant has not received permission from Plaintiffs or anyone acting on Plaintiffs' behalf, to manufacture, produce, advertise or sell any item bearing the



Umarex, Walther, Glock, or HK marks.

48. By manufacturing, producing, advertising and/or selling items bearing the Umarex, Walther, Glock, and HK marks without permission, Defendant has attempted to profit from and capitalize on the intellectual property rights and substantial goodwill developed by Plaintiffs.

49. Defendant has willfully and intentionally manufactured, produced, advertised and/or sold products bearing the Umarex, Walther, Glock, and HK marks with knowledge of Plaintiffs' ownership of the marks.

50. Defendant manufactured, produced, advertised and/or sold items bearing the Umarex, Walther, Glock, and HK marks with knowledge that Defendant's use of the Umarex, Walther, Glock, and HK marks was unauthorized.

51. The manufacture, production, advertisement, and/or sale of items bearing the Umarex, Walther, Glock, and HK marks has created a likelihood of consumer confusion.

52. Defendant used the Umarex, Walther, Glock, and HK marks with the intent to confuse and/or deceive consumers.

**COUNT I**
**FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114**

53. Plaintiffs incorporate herein by reference the allegations contained in all previous paragraphs of this Complaint.

54. Defendant has used in commerce, and in connection with the sale of goods, reproductions, counterfeits, copies or colorable imitations of the Umarex, Walther, Glock, and HK marks.

55. Defendant has reproduced, counterfeited, copied or imitated the Umarex, Walther,

8



Glock, and HK marks and applied the Umarex, Walther, Glock, and HK marks to labels, signs, prints, packages, receptacles or advertisements intended to be used in commerce.

56. Defendant's use of the Umarex, Walther, Glock, and HK marks creates the likelihood of confusion, mistake and/or deception among consumers.

57. Defendant willfully infringed upon the Umarex, Walther, Glock, and HK marks. Defendant intended to confuse, mistake or deceive consumers.

58. Defendant used the reproductions of the Umarex, Walther, Glock, and HK marks with knowledge that the marks were copies and/or counterfeits.

59. Consumers were initially interested in and lured to the infringing items by Defendant's use of the Umarex, Walther, Glock, and HK marks.

60. As a result of Defendant's infringement, Plaintiffs have suffered irreparable harm. Unless Defendant is permanently enjoined from further infringement, Plaintiffs will continue to suffer irreparable harm.

61. A permanent injunction is necessary to prevent Defendant from further interference with the Plaintiffs' marks.

62. As a result of Defendant's infringement under 15 U.S.C. § 1114, Plaintiffs have been injured and are entitled to damages, including but not limited to, Defendant's profits from the sale of all infringing goods, actual damages, treble damages, corrective advertising damages, statutory damages, costs of suit and attorney's fees.

## COUNT II
### TRADEMARK DILUTION UNDER 15 U.S.C. § 1125(c)

63. Plaintiffs incorporate by reference the allegations contained in all previous

9

paragraphs of this Complaint.

64. The Umarex, Walther, Glock, and HK marks are distinctive and famous.

65. Defendant adopted the Umarex, Walther, Glock, and HK marks after the marks became famous.

66. Defendant's use of the Umarex, Walther, Glock, and HK marks caused dilution of the marks.

67. Defendant's use of the Umarex, Walther, Glock, and HK marks is commercial and in commerce.

68. Defendant's use of the Umarex, Walther, Glock, and HK marks has weakened the unique association of the Umarex, Walther, Glock, and HK marks with Plaintiffs.

69. As a result of Defendant's dilution under 15 U.S.C. § 1125(c), Plaintiffs have suffered irreparable harm. Unless Defendant is permanently enjoined from further dilution, Plaintiffs will continue to suffer irreparable harm.

70. A permanent injunction is necessary to prevent Defendant from further interference with the Umarex, Walther, Glock, and HK marks.

71. Defendant's dilution of the Umarex, Walther, Glock, and HK marks has caused Plaintiffs damages, including, but not limited to, Defendant's profits from the sale of all infringing goods, actual damages, treble damages, corrective advertising damages, statutory damages, costs of suit and attorney's fees.

## COUNT III
## FALSE DESIGNATION OF ORIGIN OR SPONSORSHIP, FALSE ADVERTISING AND TRADE DRESS INFRINGEMENT UNDER 15 U.S.C. § 1125(a)

72. Plaintiffs incorporate by reference the allegations contained in all previous paragraphs of this Complaint.

10

73. Defendant used the Umarex, Walther, Glock, and HK marks in commerce and in connection with the sale of goods or services.

74. Defendant's use of the Umarex, Walther, Glock, and HK marks is likely to cause confusion or mistake and/or is likely to deceive consumers as to the affiliation, connection or association of Defendant with Plaintiffs; or as to the origin, sponsorship, or approval of Defendant's goods by Plaintiffs.

75. Defendant's conduct constitutes false or misleading descriptions, false advertising, and false designations of the origin and/or sponsorship of Defendant's goods and constitutes trade dress infringement in violation of § 43(a) of the Lanham Act, as amended, 15 U.S.C. § 1125(a).

76. As a result of Defendant's conduct, Plaintiffs have suffered irreparable harm. Unless Defendant is permanently enjoined from further false designations, false advertisement and trade dress infringement, Plaintiffs will continue to suffer irreparable harm.

77. A permanent injunction is necessary to prevent Defendant from further interference with the Umarex, Walther, Glock, and HK marks.

78. Defendant's violation of 15 U.S.C. §1125(a) has caused Plaintiffs to incur damages, including, but not limited to, Defendant's profits from the sale of all infringing goods, actual damages, treble damages, corrective advertising damages, statutory damages, costs of suit and attorney's fees.

### COUNT IV
### COMMON LAW TRADEMARK INFRINGEMENT

79. Plaintiffs incorporate by reference the allegations contained in all previous paragraphs of this Complaint.

80. The Umarex, Walther, Glock, and HK marks are immediately recognizable and famous throughout the world.

81. Plaintiffs have acquired a reputation among consumers for quality and excellence, and the Umarex, Walther, Glock, and HK marks have come to symbolize that reputation.

82. Defendant, with knowledge of and with intentional disregard for the rights of Plaintiffs, manufactured, produced, advertised and/or sold items using the Umarex, Walther, Glock, and HK marks or confusingly similar imitations thereof.

83. Defendant's use of the Umarex, Walther, Glock, and HK marks has created the likelihood of confusion among consumers.

84. Defendant's acts constitute trademark infringement and willful infringement under the common law.

85. As a result of Defendant's conduct, Plaintiffs have suffered irreparable harm. Unless Defendant is permanently enjoined from further infringement, Plaintiffs will continue to suffer irreparable harm.

86. A permanent injunction is necessary to prevent Defendant from further interference with the Umarex, Walther, Glock, and HK marks.

87. As a result of Defendant's infringement, Plaintiffs have suffered damages, including, but not limited to, Defendant's profits from the sale of all infringing goods, actual damages, treble damages, statutory damages, costs of suit and attorney's fees.

## COUNT V
### UNFAIR COMPETITION

88. Plaintiffs incorporate by reference the allegations contained in all previous

12



paragraphs of this Complaint.

89. Defendant's unlawful and unauthorized use of the Umarex, Walther, Glock, and HK marks constitutes unfair competition with Plaintiffs.

90. Defendant's conduct creates consumer confusion as to the source and/or origin of the infringing items.

91. Defendant's use of the Umarex, Walther, Glock, and HK marks is an attempt to interfere with Plaintiffs' business relationship with its consumers and to trade on Plaintiffs' goodwill.

92. As a result of Defendant's conduct, Plaintiffs have suffered irreparable harm. Unless Defendant is permanently enjoined from further unfair competition, Plaintiffs will continue to suffer irreparable harm.

93. A permanent injunction is necessary to prevent Defendant from further interference with the Umarex, Walther, Glock, and HK marks.

94. Defendant's unfair competition has caused Plaintiffs to incur damages, including but not limited to, Defendant's profits from the sale of the infringing products, actual damages, costs of suit and attorney's fees.

## COUNT VI
## CONVERSION UNDER IND. CODE § 35-43-4-3

95. Plaintiffs incorporate by reference the allegations contained in all previous paragraphs of this Complaint.

96. Defendant knowingly or intentionally exerted unauthorized control over the property of Plaintiffs, specifically the Umarex, Walther, Glock, and HK marks, owned by Plaintiffs.

97. Defendant sold airsoft guns bearing the Umarex, Walther, Glock, and HK marks without Plaintiffs' consent and in a manner or to an extent other than that to which Plaintiffs had consented.

98. Defendant knowingly or intentionally exerted unauthorized control over Plaintiffs' intangibles, namely the Umarex, Walther, Glock, and HK marks and the goodwill developed by Plaintiffs.

99. Defendant misappropriated the Umarex, Walther, Glock, and HK marks for its own use and benefit and interfered with Plaintiffs' control over the Umarex, Walther, Glock, and HK marks.

100. As a result of Defendant's conversion, Plaintiffs were damaged and seek an award of actual damages, treble damages, costs and attorney's fees pursuant to the Indiana Crime Victim's Act, Ind. Code § 34-24-3-1.

## COUNT VII
## FORGERY UNDER IND. CODE § 35-43-5-2(b)

101. Plaintiffs incorporate by reference the allegations contained in the previous paragraphs of this Complaint.

102. Defendant, with the intent to defraud, made, uttered, and/or possessed a written instrument, namely the Defendant's airsoft guns, advertisements, and packaging in such a manner that it purports to have been made by Plaintiffs.

103. Defendant was not given the authority to make or possess the infringing items by Plaintiffs or anyone acting on behalf of Plaintiffs.

104. As a result of Defendant's forgery, Plaintiffs were damaged and seek an award of actual damages, treble damages, costs and attorney's fees pursuant to the Indiana Crime Victim's Act, Ind. Code § 34-24-3-1.

14

## COUNT VIII
## COUNTERFEITING UNDER IND. CODE § 35-43-5-2(a)

105.  Plaintiffs incorporate herein by reference the allegations contained in all previous paragraphs of this Complaint.

106.  Defendant knowingly or intentionally made and/or uttered a written instrument, namely the Defendant's airsoft guns, advertisements, and packaging in such a manner that it purports to have been made by Plaintiffs.

107.  Defendant was not given the authority to make or utter the infringing items by Plaintiffs or anyone acting on behalf of Plaintiffs.

108. As a result of Defendant's counterfeiting, Plaintiffs were damaged and seek an award of actual damages, treble damages, costs and attorney's fees pursuant to the Indiana Crime Victim's Act, Ind. Code § 34-24-3-1.

## COUNT IX
## DECEPTION UNDER IND. CODE § 35-43-5-3

109.  Plaintiffs incorporate herein by reference the allegations contained in all previous paragraphs of this Complaint.

110.  Defendant knowingly or intentionally made a false or misleading written statement, namely that the Defendant's airsoft guns are sponsored by or affiliated with Plaintiffs, with the intent to obtain property.

111.  Defendant, with the intent to defraud, misrepresented the identity or quality of property.

112. As a result of Defendant's deception, Plaintiffs were damaged and seek an award of actual damages, treble damages, costs and attorney's fees pursuant to the Indiana Crime Victim's Act, Ind. Code § 34-24-3-1.

## COUNT X
## STATE TRADEMARK INFRINGEMENT UNDER IND. CODE § 24-2-1-13

113. Plaintiffs incorporate herein by reference the allegations contained in all previous paragraphs of this Complaint.

114. Defendant has used, without the consent of Plaintiffs, reproductions, counterfeits, copies or colorable imitations of the Plaintiffs' registered trademarks.

115. Defendant's use of the Plaintiffs' trademarks in connection with the sale, offering for sale, or advertising of goods is likely to cause confusion or mistake or to deceive as to the source or origin of such goods.

116. Defendant has reproduced, counterfeited, copied or colorably imitated the Plaintiffs trademarks and applied the marks to labels, signs, prints, packages, receptacles or advertisements intended to be used upon or in conjunction with the sale or distribution in the State of Indiana of such goods.

117. Defendant's use of the Plaintiffs' trademarks creates the likelihood of confusion, mistake and/or deception among consumers.

118. Defendant willfully infringed upon the trademark rights of Plaintiffs. Defendant intended to confuse, mistake or deceive consumers.

119. Defendant used the reproductions of the Plaintiffs' trademarks with knowledge that the marks were copies and/or counterfeits.

120. Consumers were initially interested and lured to the infringing items by the similarity to the Plaintiffs' marks.

121. As a result of Defendant's infringement, Plaintiffs have suffered irreparable harm to valuable Plaintiffs' trademarks. Unless Defendant is permanently enjoined

16

from further infringement, Plaintiffs will continue to suffer irreparable harm.

122. A permanent injunction is necessary to prevent Defendant from further interference with Plaintiffs' trademark rights.

123. As a result of Defendant's infringement under Ind. Code § 24-2-1-13, Plaintiffs have been injured and are entitled to damages, including but not limited to, Defendant's profits from the sale of all infringing goods, actual damages

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief against the Defendant as follows:

a.    That Defendant, its officers, partners, agents, servants, affiliates, employees, attorneys, and representatives, and all those in privity or acting in consent or participation with Defendant, and each and all of them, be permanently enjoined from:

    (i)    Imitating, copying, reproducing, or using, in any manner, the Umarex, Walther, Glock, and HK marks, or any other mark confusingly similar to the Umarex, Walther, Glock, and HK marks;

    (ii)    Committing any act that dilutes or is likely to dilute the distinctiveness of the Umarex, Walther, Glock, and HK marks;

    (iii)    Committing any act that is likely to create the impression that Defendant's business or products are in any way sponsored by, approved of or otherwise affiliated or connected with Plaintiffs;

    (iv)    Importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any product or service using any simulation, reproduction, counterfeit,

17



copy or imitation of any of the Umarex, Walther, Glock, and HK marks; and

    (v)    instructing, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iv) above.

b.    That Defendant be required to:

    (i)    Deliver to Plaintiffs for destruction all goods and materials bearing the Umarex, Walther, Glock, and HK marks which Defendant has in its possession;

    (ii)    Recall and deliver to Plaintiffs for destruction all goods and materials bearing the Plaintiffs' marks that have been previously distributed or sold;

    (iii)    Pay compensatory damages to Plaintiffs in an amount to be determined at trial for the injuries Plaintiffs has sustained as a consequence of the acts complained of;

    (iv)    Pay Plaintiffs treble damages, or alternatively, Defendant's profits trebled, whichever is greater;

    (v)    Pay all of Plaintiffs' litigation expenses, including reasonable attorneys' fees and costs of this action;

    (vi)    Pay interest to Plaintiffs, including pre-judgment interest on the foregoing sums; and

    (vii)    File with this Court and serve on Plaintiffs an affidavit setting forth in detail the manner and form of Defendant's compliance with the

terms of this Court's orders.

c.    That Plaintiffs be awarded such other and further relief as the Court may deem

just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiffs hereby respectfully request a trial by jury in this cause, and for all other

relief just and proper in the premises.

Respectfully submitted,

Darlene R. Seymour
Attorney # 23133-49

By:_____

Attorney for Plaintiff
1292 E. 91st Street
Indianapolis, IN  46240

19

# EXHIBIT "A"













2:09-cv-03976-LDW-DML    Document 1-1    Filed 06/26/09    Page 33 of 65 PageID #: 36



SKU: DYT-JG068
Airsoft MP5 Electric Rifle
$145.00
Add to Cart

SKU: SD-ER-ICS-003T
Electric MP5SD5 Rapifire
ICS Heavy FPS 330 Tactical Rifle Airsoft Gun
$349.95
Add to Cart

SKU: DYT-07IMG
Electric 98 MP5 Heavy Tactical 350 FPS Airsoft Gun
$179.00
Add to Cart

SKU: TM-MP5A5
Electric Tokyo Marui AEG MP5A5 Airsoft Gun
$220.00
Add to Cart

SKU: SD-ER-ICS-002T
Electric ICS MP5 Rapifire Tactical Heavy 330 FPS Airsoft Gun
$275.00
Add to Cart

SKU: SD-ER-A004
Electric ICS MP5SD6 Rapifire ICS AEG MP5 FPS 330 Airsoft Gun
$260.00
Add to Cart

SKU: SD-ER-A001
Electric ICS MP5A4 Rapifire ICS A001 MP5 FPS 330 Airsoft Gun
$250.00
Add to Cart

SKU: JG-CA-MP007M
Electric Army AEG J567 MP5 MOD5 SD6 Airsoft Gun 370 FPS 450
$219.00
Add to Cart

**Pages**
1 2

HOME | MY CART | SITE MAP | CONTACT US | POLICIES | WHERE'S MY STUFF? | AFFILIATE PROGRAM | NEWS ROOM | RC BLOG | AIRSOFT BLOG

© 1995-2007, All material on this site is copyrighted by HobbyTron.com or the manufacturer of the kit itself.







© 1995-2007, All material on this site is copyrighted by Hobbytron.com or the manufacturer of the lot itself.

HOT NEW PRODUCTS WHOLESALE CLEARANCE FREE SHIPPING ITEMS

McAfee SECURE TESTED DAILY 09-DEC

HOME MY CART WHERE'S MY STUFF? HELP

CATEGORIES
- Top 10 Sellers
- Hot New Products
- RC
  - RC Cars
  - RC Helicopters
  - RC Trucks
  - RC Airplanes
  - RC Boats
  - RC Brands
  - Ed Hardy RC Toys
  - More
- Airsoft Guns
  - Airsoft Rifles
  - Airsoft Pistols
  - Electric Airsoft Guns
  - Spring Airsoft Guns
  - Gas Airsoft Guns
  - Airsoft Sniper Rifles
  - More
- FM Transmitters
- Electronic Kits
- Science Kits
- Robot Kits
- Magic Tricks
- Toys
- Clearance
- Free Shipping Items
- Daily Deal
- Wholesale

Airsoft Guns ▶ Electric Airsoft Pistols

**Electric G-18 Pistol FPS-190 Airsoft Gun**
GKE9923
~~$79.99~~ **$29.00**
**On Sale!**

Add to Cart

Click Here to See Related Products

MY CART
Get Product Alerts

## Product Description

This is the G-18 pistol by TSD. It combines popular style with excellent functions and performance that breaks the typical weak shooting and toy like electric pistol image. Accurately shoots at 190 and 240 FPS (.20 g and .12 g BB). It has a Tokyo Marui style design, and compatible in all parts. It comes with two rechargeable battery packs, and now packaged in a nice pistol case! Another pistol that works well in cooler weather!

Electric Airsoft Pistols use batteries as their power source. They're usually fully automatic, and they shoot very fast. If you are looking for continuous fire fun, this is the type of Airsoft Gun for you - just hold down the trigger and watch those BBs stream out, one after the other, in a straight, swift line - which means fun and entertainment, plain and simple. This Electric Airsoft Pistol doesn't require any pumping just simply point and shoot.

**Features:**

- Full and Semi Auto
- Electric Powered
- Replica Gun
- Full Size
- Functional Grip Safety

**Includes:**

- G-18 Pistol
- Two 7.2V Rechargeable Batteries
- Wall Charger
- Gun Case

**Specifications:**

- Velocity: 240 FPS
- Magazine Capacity: 23
- Length: 8 Inches
- Weight: 1.45 lbs.

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.

## Buy

Electric G-18 Pistol FPS-190 Airsoft Gun ~~$79.99~~ **$29.00** **On Sale!** Add to Cart

**Related Products**

© 1995-2007. All material on this site is copyrighted by HobbyTron.com or the manufacturer of the kit itself.

06/25/2009 13:33 FAX 0518718854    DMI    WORLDTRADING    @015
Case 1:09-cv-01874-DAB    Document 1    Filed 06/26/09    Page 39 of 65    PageID #: 42

Clearance Item - Spring Terminator 2 Style Subcompact Pistol FPS-90 Airsoft Gun    Page 1 of 2

   

HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS

HOME    MY CART    WHERE'S MY STUFF?    HELP

**CATEGORIES**

▶ Top 10 Sellers

▶ Hot New Products

▶ RC
  ▶ RC Cars
  ▶ RC Helicopters
  ▶ RC Trucks
  ▶ RC Airplanes
  ▶ RC Boats
  ▶ RC Brands
  ▶ Ed Hardy RC Toys
  ▶ More

▶ Airsoft Guns
  ▶ Airsoft Rifles
  ▶ Airsoft Pistols
  ▶ Electric Airsoft Guns
  ▶ Spring Airsoft Guns
  ▶ Gas Airsoft Guns
  ▶ Airsoft Sniper Rifles
  ▶ More

▶ FM Transmitters

▶ Electronic Kits

▶ Science Kits

▶ Robot Kits

▶ Magic Tricks

▶ Toys

▶ Clearance

▶ Free Shipping Items

▶ Daily Deal

▶ Wholesale

Airsoft Guns ▶ Airsoft Pistols ▶ Spring Airsoft Guns ▶ Spring Airsoft Pistols ▶ Airsoft Spring Guns ▶ Airsoft Spring Pistols ▶ Airsoft Guns Clearance



**Clearance Item - Spring Terminator 2 Style Subcompact Pistol FPS-90 Airsoft Gun**

ZX-111825-SY013B
$6.30 $1.75
**On Sale!**

Add to Cart

Click Here to See Related Products

MY CART
♈ Get Product Alerts

**Product Description**

A simple and dependable compact sidearm gun. This makes a perfect backup weapon and is extremely light weight. With the price, you may even want to get 2!

This is a Spring Airsoft Gun, which means it's powered by a spring and must be cocked for each shot. It's fast, clean, inexpensive and easily maintained; it requires no gas or batteries to operate. Also, Spring Airsoft Guns are the toughest, most durable of all Airsoft Guns, because they're made with few breakable pieces. If you're looking for a fun, reliable Airsoft Gun that'll look great and perform even better, you've come to the right place.

**Features:**

- Durable ABS Plastic Construction
- Spring Dependability
- Shiny Black Finish

**Includes:**

- Spring Terminator 2 StyleStyle Subcompact Pistol

**Specifications:**

- FPS: 90
- Size: 4 inches

(Click one of the links below to see related guns):

- Brand: Affordable Spring Airsoft Guns

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.

**Buy**



Clearance Item - Spring Terminator 2 Style
Subcompact Pistol FPS-90 Airsoft Gun

$0.00
$1.75
On Sale!

[Add to Cart]

**Related Products**

© 1995-2007, All material on this site is copyrighted by HobbyTron.com or the manufacturer of the kit itself.

SECURED BY
GeoTrust
click to verify
09-Dec-08 15:30 GMT

http://www.hobbytron.com/SpringPistolZX111825SY018B.html

12/9/2008

   

HOT NEW PRODUCTS   WHOLESALE   CLEARANCE   FREE SHIPPING ITEMS

HOME   MY CART   WHERE'S MY STUFF?   HELP

## CATEGORIES

- **Top 10 Sellers**
- **Hot New Products**
- **RC**
  - RC Cars
  - RC Helicopters
  - RC Trucks
  - RC Airplanes
  - RC Boats
  - RC Brands
  - Ed Hardy RC Toys
  - More
- **Airsoft Guns**
  - Airsoft Rifles
  - Airsoft Pistols
  - Electric Airsoft Guns
  - Spring Airsoft Guns
  - Gas Airsoft Guns
  - Airsoft Sniper Rifles
  - More
- **FM Transmitters**
- **Electronic Kits**
- **Science Kits**
- **Robot Kits**
- **Magic Tricks**
- **Toys**
- **Clearance**
- **Free Shipping Items**
- **Daily Deal**
- **Wholesale**

Airsoft Guns ▸ Cheap Airsoft Guns ▸ Cheap Spring Airsoft Guns ▸ Airsoft Pistols ▸ Spring Airsoft Pistols ▸ Airsoft Spring Pistols ▸ Cheap Airsoft Spring Pistols ▸ Glock Airsoft



### Clearance Item – Spring Terminator 2 Style Pistol FPS-150 Airsoft Gun
BC-P698
$5.09 $3.50
On Sale!

Add to Cart

Click Here to See Related Products

MY CART
Get Product Alerts

## Product Description

This is the Airsoft CYMA Terminator 2 Style26 Spring Pistol P.698. The scale is 1/1 and it's an high performance assembled plastic model gun. Includes Airsoft spring pistol and 50 6 mm BBs

This is a Spring Airsoft Pistol, which means it's powered by a spring and must be cocked for each shot. It's fast, clean, inexpensive and easily maintained; it requires no gas or batteries to operate. Also, Spring Airsoft Guns are the toughest, most durable of all Airsoft Guns, because they're made with few breakable pieces. If you're looking for a fun, reliable Airsoft Pistol that'll look great and perform even better, you've come to the right place.

**Features:**

- 1/1 Scale High Performance Assembled Plastic Model Gun
- 6 mm BB Bullet Use
- CYMA Brand
- Recommended for Ages 18 and Up

**Includes:**

- Airsoft Spring Pistol
- 50 6 mm BBs

**Specifications:**

- FPS: 180
- Magazine Capacity: 9
- Length: 158 mm

*This item is a less expensive copy of the original bullet shooting gun that we obtain from another manufacturer. No representation is being made of the quality of this item compared to any real or airsoft version of this gun obtained from the owner or licensee of the trademark. All trademarks are owned by their respective owners, and not HobbyTron.com nor the manufacturer of this item.

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective

airsoft, airsoft pistols, airsoft guns, airsoft sniper rifle, airsoft shotgun, airsoft armour, air...    Page 1 of 2

# walther

Search:

[Go]

Airsoft Revolvers

Airsoft Shotguns

Airsoft Grenades

Airsoft Rifles

Airsoft M4

Airsoft P90

Airsoft Scopes

Custom Airsoft Gun

Airsoft Glock

Airsoft BB Guns

Airsoft CO2 Guns

Airsoft Batteries

Airsoft mp5

Airsoft Extreme




Wholesale Case (60 Units) Electric Blowback Walther P88 Airsoft Gun Silver ($1.35 Each).



Wholesale Case (36 Units) Electric James Bond Pistol FPS-150 Blowback Airsoft Gun ($6.95 Each).



Wholesale Case (24 Units) Spring James Bond Pistol Airsoft Gun FPS-150 ($2.50 Each).



Spring James Bond Pistol Airsof Gun FPS-150 (Free Target).



CATEGORIES

▶ Top 10 Sellers

▶ Hot New Products

▶ RC
  ▶ RC Cars
  ▶ RC Helicopters
  ▶ RC Trucks
  ▶ RC Airplanes
  ▶ RC Boats
  ▶ RC Brands
  ▶ Ed Hardy RC Toys
  ▶ More

▶ Airsoft Guns
  ▶ Airsoft Rifles
  ▶ Airsoft Pistols
  ▶ Electric Airsoft Guns
  ▶ Spring Airsoft Guns
  ▶ Gas Airsoft Guns
  ▶ Airsoft Sniper Rifles
  ▶ More

▶ FM Transmitters

▶ Electronic Kits

▶ Science Kits

▶ Robot Kits

▶ Magic Tricks

▶ Toys

▶ Clearance

▶ Free Shipping Items

▶ Daily Deal

▶ Wholesale

HOME   MY CART   WHERE'S MY STUFF?   HELP

Airsoft Guns ▶ Cheap Airsoft Guns ▶ Cheap Spring Airsoft Guns ▶ Airsoft Pistols ▶ Spring Airsoft Pistols ▶ Cheap Airsoft Spring Pistols

**Spring James Bond Pistol Airsoft Gun FPS-150 (Free Target)**

BC-03-B3
$6.99 $4.50
On Sale!

[Add To Cart]

Click Here to See Related Products

[MY CART]

## Product Description

The Airsoft Spring GunJames Bond Pistol is modeled after James Bond's own gun. The Airsoft Spring GunJames Bond Pistol carries 13 rounds in its magazine and shoots 150FPS. The Airsoft Spring GunJames Bond Pistol also comes with a portable desktop sized BB Trap Target. A fun gun for those lazy days in the office.

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.

## Buy

| | | |
|---|---|---|
| | Spring James Bond Pistol Airsoft Gun FPS-150 (Free Target) | $6.99 **$4.50** On Sale! [Add to Cart] |

## Related Products

| | | |
|---|---|---|
| | Scott Vectra Airsoft/Paintball Full Goggle Mask Airsoft Gun Accessory | $22.95 **$18.95** On Sale! [Add to Cart] |
| | ICS Jar of 1000 .20g BBs Quick Loader Airsoft Gun Accessory | $5.95 **$3.95** On Sale! [Add to Cart] |
| | ICS Bag of 5000 Black .20g BBs Airsoft | $13.95 **$10.95** |

  

HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS

HOME   MY CART   WHERE'S MY STUFF?   HELP

**CATEGORIES**
- Top 10 Sellers
- Hot New Products
- RC
  - RC Cars
  - RC Helicopters
  - RC Trucks
  - RC Airplanes
  - RC Boats
  - RC Brands
  - Ed Hardy RC Toys
  - More
- Airsoft Guns
  - Airsoft Rifles
  - Airsoft Pistols
  - Electric Airsoft Guns
  - Spring Airsoft Guns
  - Gas Airsoft Guns
  - Airsoft Sniper Rifles
  - More
- FM Transmitters
- Electronic Kits
- Science Kits
- Robot Kits
- Magic Tricks
- Toys
- Clearance
- Free Shipping Items
- Daily Deal
- Wholesale

Airsoft Guns ▸ Wholesale Airsoft Guns

 

**Wholesale Case (24 Units) Spring James Bond Pistol Airsoft Gun FPS-150 ($2.50 Each)**
AW-03-B3
~~$70.00~~ $60.00
On Sale!

[Add to Cart]

Click Here to See Related Products

[MY CART]
Get Product Alerts

**Product Description**
The Airsoft Spring Gun James Bond Pistol is modeled after James Bond's own gun. The Airsoft Spring Gun James Bond Pistol carries 13 rounds in its magazine and shoots 150FPS. The Airsoft Spring Gun James Bond Pistol also comes with a portable desktop stand BB Trap Target. A fun gun for those lazy days in the office.

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.

**Buy**


Wholesale Case (24 Units) Spring James Bond Pistol Airsoft Gun FPS-150 ($2.50 Each)    ~~$70.00~~ $60.00 On Sale!    [Add to Cart]

**Related Products**

© 1995-2007, All material on this site is copyrighted by HobbyTron.com or the manufacturer of the kit itself.

    

HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS

HOME    MY CART    WHERE'S MY STUFF?    HELP

## CATEGORIES

- ► **Top 10 Sellers**
- ► **Hot New Products**
- ► **RC**
  - ► RC Cars
  - ► RC Helicopters
  - ► RC Trucks
  - ► RC Airplanes
  - ► RC Boats
  - ► RC Brands
  - ► Ed Hardy RC Toys
  - ► More
- ► **Airsoft Guns**
  - ► Airsoft Rifles
  - ► Airsoft Pistols
  - ► Electric Airsoft Guns
  - ► Spring Airsoft Guns
  - ► Gas Airsoft Guns
  - ► Airsoft Sniper Rifles
  - ► More
- ► **FM Transmitters**
- ► **Electronic Kits**
- ► **Science Kits**
- ► **Robot Kits**
- ► **Magic Tricks**
- ► **Toys**
- ► **Clearance**
- ► **Free Shipping Items**
- ► **Daily Deal**
- ► **Wholesale**

Airsoft Guns ► Wholesale Airsoft Guns



### Wholesale Case (36 Units) Electric James Bond Pistol FPS-150 Blowback Airsoft Gun ($6.95 Each)

AW-2012A
$325.10 $250.20
**On Sale!**

[Add To Cart]

Click Here to See Related Products

[MY CART]

Get Product Alerts

### Product Description

This Airsoft Electric Pistol is modeled after a Tactical Walther Pistol. This Fully/Semi Automatic Electric Pistol with Blow Back. 100 BBs are also included.

**Features**

- Replica
- 150 FPS
- Capacity: 15 Rounds
- 100 Free BBs
- Hop Up
- Blow Back

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or incident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.

### Buy



Wholesale Case (36 Units) Electric James Bond Pistol FPS-150 Blowback Airsoft Gun ($6.95 Each)

$325.10
**$250.20**
**On Sale!**

[Add To Cart] 

### Related Products

© 1995-2007. All material on this site is copyrighted by HobbyTron.com or the manufacturer or the Hit itself.

SECURED BY
GeoTrust
click to verify
10-Nov-08 20:10 GMT

   

HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS

HOME    MY CART    WHERE'S MY STUFF?    HELP

## CATEGORIES

▶ Top 10 Sellers
▶ Hot New Products
▶ RC
  ▶ RC Cars
  ▶ RC Helicopters
  ▶ RC Trucks
  ▶ RC Airplanes
  ▶ RC Boats
  ▶ RC Brands
  ▶ Ed Hardy RC Toys
  ▶ More
▶ Airsoft Guns
  ▶ Airsoft Rifles
  ▶ Airsoft Pistols
  ▶ Electric Airsoft Guns
  ▶ Spring Airsoft Guns
  ▶ Gas Airsoft Guns
  ▶ Airsoft Sniper Rifles
  ▶ More
▶ FM Transmitters
▶ Electronic Kits
▶ Science Kits
▶ Robot Kits
▶ Magic Tricks
▶ Toys
▶ Clearance
▶ Free Shipping Items
▶ Daily Deal
▶ Wholesale

Airsoft Guns ▶ Wholesale Airsoft Guns



**Wholesale Case (60 Units) Blowback Walther P88 Airsoft Gun Silver ($1.35 Each)**
AW-2025S
$105.00 $81.00
On Sale!

Add to Cart

**Click Here to See Related Products**

MY CART

Get Product Alerts

## Product Description

This is an Electric P88 Blowback 150 FPS Airsoft Gun. It comes with extreme detail and a textured handle. You can shoot in semi or full automatic modes. Capacity 15 rounds. Made by JLS.

Electric Airsoft Pistols use batteries as their power source, they're usually fully automatic, and they shoot very fast. If you are looking for continous fire fun, this is the type of Airsoft Gun for you - just hold down the trigger and watch those BBs stream out, one after the other, in a straight, swift line - which means fun and entertainment, plain and simple. This Electric Airsoft Pistol doesn't require any pumping just simply point and shoot.

**Features:**

- 1:1 Scale Full Scale Pistol Replica
- Motor Driven Blowback Action
- Detailed Construction - Extremely Realistic
- Comes with Hop Up to Improve Accuracy
- Semi and Full Auto
- Powered by 4 AAA Rechargeable Batteries (Not Included)
- Battery Charger Not Included

**Specifications:**

- FPS: 200
- Magazine Capacity: 15

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.

**Buy**

 

Wholesale Case (60 Units) Blowback Walther P88 Airsoft Gun Silver ($1.35 Each)    $105.00    $81.00    On Sale!    Add to Cart

## Related Products

HOME | MY CART | SITE MAP | CONTACT US | POLICIES | WHERE'S MY STUFF? | AFFILIATE PROGRAM | PRESS ROOM | RC BLOG | AIRSOFT BLOG

SECURED BY GeoTrust
click to verify
10-Nov-08 22:10 GMT

© 1995-2007, All material on this site is copyrighted by HobbyTron.com or the manufacturer of the kit itself.

MP5 A4 Electric Full Auto Airsoft Gun Metal Gear Box FPS-330

Page 1 of 2

    

HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS

HOME    MY CART    WHERE'S MY STUFF?    HELP

**CATEGORIES**

- Hot New Products
- Buy 2 Get 1 Free
- RC
  - RC Cars
  - RC Helicopters
  - RC Trucks
  - RC Airplanes
  - RC Boats
  - RC Brands
  - Ed Hardy RC Toys
  - More
- Airsoft Guns
  - Airsoft Rifles
  - Airsoft Pistols
  - Electric Airsoft Guns
  - Spring Airsoft Guns
  - Gas Airsoft Guns
  - Airsoft Sniper Rifles
  - More
- FM Transmitters
- Electronic Kits
- Science Kits
- Robot Kits
- Magic Tricks
- Toys
- Clearance
- Free Shipping Items
- Daily Deal
- Wholesale

Airsoft Guns ▸ Electric Airsoft Guns ▸ Cheap Airsoft Guns ▸ Airsoft Pistols ▸ Electric Airsoft Pistols ▸ Automatic Airsoft Pistols



**MP5 A4 Electric Full Auto Airsoft Gun Metal Gear Box FPS-330**

AM-CM027A4
$158.00 $129.95
On Sale!

Add to Cart 

Click Here to See Related Products

MY CART

Get Product Alerts

**Product Description**

This is an Airsoft Electric MP5 A4 Rifle Heavy Weight. The scale is 1:1. It is the Hop Up version. Includes heavy weight airsoft electric MP5 A4 rifle, 200 BBs, 2 magazines, battery with charger, and a speed loader.

Electric Airsoft Rifles use batteries as their power source. they're usually fully automatic, and they shoot very fast. If you are looking for continuous fire fun, this is the type of Airsoft Gun for you - just hold down the trigger and watch those BB's stream out, one after the other, in a straight, swift line - which means fun and entertainment, plain and simple. This Electric Airsoft Rifle doesn't require any pumping just simply point and shoot.

**Features:**

- 1/1 Scale High Performance Model Gun
- Uses 6 mm BB Bullets
- Metal Gear Box
- Automatic Firing
- Working Safety
- Ni-MH Battery with Charger (Included)

**Includes:**

- Airsoft Electric AEG MP5 A4 Rifle
- 2 Magazines
- 200 6mm BBs
- Battery with Charger
- Strap

**Specifications:**

- FPS: 280-330
- Magazine Capacity: 200
- Fully Extended Length: 720 mm

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

MP5 A4 Electric Full Auto Airsoft Gun Metal Gear Box FPS-330                Page 2 of 2

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same

**Buy**

| | | | |
|---|---|---|---|
|  | MP5 A4 Electric Full Auto Airsoft Gun Metal Gear Box FPS-330 | ~~150.00~~ **$129.95** **On Sale!** | Add To Cart |

**Related Products**

© 1995-2007, All material on this site is copyrighted by HobbyTron.com or the manufacturer of the kit itself

SECURED BY
GeoTrust
click to verify
27-Apr-09 19:02 GMT

   

HOT NEW PRODUCTS   WHOLESALE   CLEARANCE   FREE SHIPPING ITEMS

HOME   MY CART   WHERE'S MY STUFF?   HELP

## CATEGORIES

▶ Hot New Products
▶ Buy 2 Get 1 Free
▶ RC
  ▶ RC Cars
  ▶ RC Helicopters
  ▶ RC Trucks
  ▶ RC Airplanes
  ▶ RC Boats
  ▶ RC Brands
  ▶ Ed Hardy RC Toys
  ▶ More
▶ Airsoft Guns
  ▶ Airsoft Rifles
  ▶ Airsoft Pistols
  ▶ Electric Airsoft Guns
  ▶ Spring Airsoft Guns
  ▶ Gas Airsoft Rifles
  ▶ Airsoft Sniper Rifles
  ▶ More
▶ FM Transmitters
▶ Electronic Kits
▶ Science Kits
▶ Robot Kits
▶ Magic Tricks
▶ Toys
▶ Clearance
▶ Free Shipping Items
▶ Daily Deal
▶ Wholesale

Airsoft Guns ▶ Electric Airsoft Guns ▶ Mini Airsoft Guns




### Mini Electric MP5 Navy Seal Airsoft Gun
AE-003
~~$35.91~~ $19.95
On Sale!

[Add to Cart]

Click Here to See Related Products

[MY CART]
🛒 Get Product Alerts

### Product Description

This is the new Mini Electric MP5 Navy Seal Airsoft Gun. Hold the trigger down and they keep firing! Our new Miniature Airsoft Gun line is fun for everyone. We have Lots of different types of gun for every preference. Each gun comes packed with 100 pellets in a beautiful color box. Don't forget to order extra ammo. These shoot farther and faster than most full auto mini Airsoft guns. You will not be disappointed with the quality or the durability. This gun is made by UHC - the leader in Airsoft. It is made of hard ABS plastic which is great for long life and durability. This gun is full auto but can be used as a single shot if you hold the trigger for one second. To load this gun with ammo you pull back a little slide on the rear sight. The batteries go in the handle and there is a safety feature on the side of the gun that won't let you fire unless you press it for added safety.

Electric Airsoft Rifles use batteries as their power source they're usually fully automatic, and they shoot very fast. If you are looking for continuous fire fun, this is the type of Airsoft Gun for you - just hold down the trigger and watch those BBs scream out, one after the other, in a straight, swift line - which means fun and entertainment, plain and simple. This Electric Airsoft Rifle doesn't require any pumping just simply point and shoot.

**Features:**

- Full / Semi Select Fire
- Tough ABS Plastic
- Miniature Scale
- Extendable Butt Stock
- Hop Up
- 1:3 Scale

**Includes:**

- Mini Electric MP5 Navy Seal Airsoft Gun
- Rechargeable AA Batteries
- Wall Charger
- Sample Pack of BBs
- Magazine

**Specifications:**

- Spring Safety Switch
- Velocity: 150 FPS with 0.12g BBs
- Range: 15 - 40 Feet
- Uses 0.12g BBs
- Magazine Capacity: 100 Rounds

**Battery Requirements:**

- Gun: 4 AA Alkaline Batteries (Not Included)

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft gun.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.



**Buy**

| | Mini Electric MP5 Navy Seal Airsoft Gun | $35.01 $19.95 On Sale! | Add to Cart |

**Related Products**

HOME | MY CART | SITE MAP | CONTACT US | POLICIES | WHERE'S MY STUFF? | AFFILIATE PROGRAM | PRESS ROOM | RC BLOG | AIRSOFT BLOG

© 1995-2007, All material on this site is copyrighted by HobbyTron.com or the manufacturer of the kit itself.

SECURED BY
GeoTrust
click to verify
27-Apr-09 19:52 GMT

  

HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS



HOME    MY CART    WHERE'S MY STUFF?    HELP

**CATEGORIES**

▶ Hot New Products
▶ Buy 2 Get 1 Free
▶ RC
  ▶ RC Cars
  ▶ RC Helicopters
  ▶ RC Trucks
  ▶ RC Airplanes
  ▶ RC Boats
  ▶ RC Brands
  ▶ Ed Hardy RC Toys
  ▶ More
▶ Airsoft Guns
  ▶ Airsoft Rifles
  ▶ Airsoft Pistols
  ▶ Electric Airsoft Guns
  ▶ Spring Airsoft Guns
  ▶ Gas Airsoft Guns
  ▶ Airsoft Sniper Rifles
  ▶ More
▶ FM Transmitters
▶ Electronic Kits
▶ Science Kits
▶ Robot Kits
▶ Magic Tricks
▶ Toys
▶ Clearance
▶ Free Shipping Items
▶ Daily Deal
▶ Wholesale

Airsoft Guns ▶ Electric Airsoft Guns ▶ Airsoft Rifles ▶ Electric Airsoft Rifles ▶ Airsoft Electric Gun Rifles ▶ Airsoft AEG ▶ Airsoft MP5



**AEG Electric MP5 Sub Machine Gun FPS-300, Heavyweight, Collapsible Stock Airsoft Gun**

AM-CM0271
$199.99 $99.97
On Sale!

Add to Cart

Click Here to See Related Products

MY CART
🝆 Get Product Alerts

**Product Description**

This is an Airsoft Electric AEG MP5 Rifle Heavy Weight. The scale is 1:1. It is the Hop Up version. Includes heavy weight Airsoft electric MP5 rifle, 200 BBs, battery with charger, and strap. Recommended for ages 18 and up.

Electric Airsoft Rifles use batteries as their power source, they're usually fully automatic, and they shoot very fast. If you are looking for continuous fire fun, this is the type of Airsoft Gun for you - Just hold down the trigger and watch those BBs stream out, one after the other, in a straight, swift line - which means fun and entertainment, plain and simple. This Electric Airsoft Rifle doesn't require any pumping just simply point and shoot. This is a high end electric airsoft gun. We highly recommend that you use .20g BBs or better to ensure longer gun life and better play. You must be 18 years of age or older to purchase this Airsoft gun.

**Features:**

- 1/1 Scale High Performance Model Gun
- Uses 6 mm BB Bullets
- Recommended for Ages 18+
- Automatic Firing
- Working Safety
- Ni-MH Battery with Charger (included)

**Includes:**

- Airsoft Electric AEG MP5 Rifle
- 200 6mm BBs
- Battery with Charger
- Strap

**Specifications:**

- FPS: 280-300
- Magazine Capacity: 200
- Fully Extended Length: 720 mm

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your

    

HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS



HOME    MY CART    WHERE'S MY STUFF?    HELP

**CATEGORIES**

▶ Top 10 Sellers
▶ Hot New Products
▶ RC
  ▶ RC Cars
  ▶ RC Helicopters
  ▶ RC Trucks
  ▶ RC Airplanes
  ▶ RC Boats
  ▶ RC Brands
  ▶ Ed Hardy RC Toys
  ▶ More
▶ Airsoft Guns
  ▶ Airsoft Rifles
  ▶ Airsoft Pistols
  ▶ Electric Airsoft Guns
  ▶ Spring Airsoft Guns
  ▶ Gas Airsoft Guns
  ▶ Airsoft Sniper Rifles
  ▶ More
▶ FM Transmitters
▶ Electronic Kits
▶ Science Kits
▶ Robot Kits
▶ Magic Tricks
▶ Toys
▶ Clearance
▶ Free Shipping Items
▶ Daily Deal
▶ Wholesale

Airsoft Guns ▶ Cheap Airsoft Guns ▶ Cheap Electric Airsoft Guns ▶ Airsoft Pistols ▶ Electric Airsoft Pistols ▶ Airsoft Blowback Pistols ▶ Cheap Airsoft Spring Pistols ▶ Airsoft Low End Electric Guns ▶ Cheap AEG Airsoft Guns ▶ CYMA Airsoft Guns



**Electric James Bond Pistol FPS-150, Blowback Airsoft Gun (Limited Stock)**
CM-2012B
~~$37.99~~ $8.99
On Sale!

Add to Cart

Click Here to See Related Products

MY CART

**Product Description**

This Airsoft Electric Pistol is modeled after a James Bond Pistol (New James Bond Gun). This Full/Semi Automatic Electric Pistol with Blow Back comes with great features like a blow back, a hop up system and 100 free BBs.

**Features**

- Replica
- James Bond Gun
- 150 Feet per Second
- Capacity: 15 Rounds
- 100 Free BBs
- Hop Up
- Blow Back

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliate make claim nor representation of the same.

**Buy**



Electric James Bond Pistol FPS-150, Blowback Airsoft Gun (Limited Stock)    ~~$37.99~~ $8.99 On Sale!    Add to Cart

**Related Products**



Scott Vectra Airsoft/Paintball Full Goggle Mask Airsoft Gun Accessor    ~~$30.00~~ $18.95 On Sale!    Add to Cart

   

HobbyTron SECURE
TESTED DAILY 27-JUN

HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS

HOME    MY CART    WHERE'S MY STUFF?    HELP



**CATEGORIES**

▸ Top 10 Sellers

▸ Hot New Products

▸ RC
  ▸ RC Cars
  ▸ RC Helicopters
  ▸ RC Trucks
  ▸ RC Airplanes
  ▸ RC Boats
  ▸ RC Brands
  ▸ Ed Hardy RC Toys
  ▸ More

▸ Airsoft Guns
  ▸ Airsoft Rifles
  ▸ Airsoft Pistols
  ▸ Electric Airsoft Guns
  ▸ Spring Airsoft Guns
  ▸ Gas Airsoft Guns
  ▸ Airsoft Sniper Rifles
  ▸ More

▸ FM Transmitters

▸ Electronic Kits

▸ Science Kits

▸ Robot Kits

▸ Magic Tricks

▸ Toys

▸ Clearance

▸ Free Shipping Items

▸ Daily Deal

▸ Wholesale

Airsoft Guns ▸ Cheap Airsoft Guns ▸ Cheap Electric Airsoft Guns ▸ Airsoft Pistols ▸ Electric Airsoft Pistols ▸ Airsoft Blowback Pistols ▸ Cheap Airsoft Spring Pistols ▸ Airsoft Low End Electric Guns ▸ Cheap AEG Airsoft Guns ▸ CYMA Airsoft Guns

**Electric James Bond Pistol FPS-150, Blowback Airsoft Gun (Limited Stock)**

CM-2012B
$37.99 $8.99
On Sale!

[Add to Cart]

Click Here to See Related Products

[MY CART]

**Product Description**

This Airsoft Electric Pistol is modeled after a James Bond Pistol (New James Bond Gun). This Fully/Semi Automatic Electric Pistol with Blow Back comes with great features like a blow back, a hop up system and 100 free BBs.

**Features**

- Replica
- James Bond Gun
- 150 Feet per Second
- Capacity: 15 Rounds
- 100 Free BBs
- Hop Up
- Blow Back

Charging an Airsoft battery: The initial charge should be 8 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.

**Buy**



| | | |
|---|---|---|
| Electric James Bond Pistol FPS-150, Blowback Airsoft Gun (Limited Stock) | $37.99 $8.99 On Sale! | [Add to Cart] |

**Related Products**



| | | |
|---|---|---|
| Scott Vectra Airsoft/Paintball Full Goggle Mask Airsoft Gun Accessor | $30.00 $18.95 On Sale! | [Add to Cart] |

    

HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS

HOME    MY CART    WHERE'S MY STUFF?    HELP



**CATEGORIES**

- **Top 10 Sellers**
- **Hot New Products**
- **RC**
  - RC Cars
  - RC Helicopters
  - RC Trucks
  - RC Airplanes
  - RC Boats
  - RC Brands
  - Ed Hardy RC Toys
  - More
- **Airsoft Guns**
  - Airsoft Rifles
  - Airsoft Pistols
  - Electric Airsoft Guns
  - Spring Airsoft Guns
  - Gas Airsoft Guns
  - Airsoft Sniper Rifles
  - More
- **FM Transmitters**
- **Electronic Kits**
- **Science Kits**
- **Robot Kits**
- **Magic Tricks**
- **Toys**
- **Clearance**
- **Free Shipping Items**
- **Daily Deal**
- **Wholesale**

Airsoft Guns ▶ Cheap Airsoft Guns ▶ Cheap Electric Airsoft Guns ▶ Airsoft Pistols ▶ Electric Airsoft Pistols ▶ Airsoft Blowback Pistols ▶ Airsoft Low End Electric Guns ▶ Cheap AEG Airsoft Guns ▶ CYMA Airsoft Guns ▶ Silenced Airsoft Pistols



**Electric James Bond Pistol FPS-150 Blowback Airsoft Gun**
CM-2012A
~~$17.95~~ $10.50
On Sale!

[Add to Cart]

Click Here to See Related Products

[MY CART]

**Product Description**

This Airsoft Electric Pistol is modeled after a Tactical Walther Pistol. This Fully/Semi Automatic Electric Pistol with Blow Back. 100 BBs are also included.

**Features**
- Replica
- 150 FPS
- Capacity: 15 Rounds
- 100 Free BBs
- Hop Up
- Blow Back

Charging an Airsoft Battery. The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.

**Buy**

    Electric James Bond Pistol FPS-150 Blowback Airsoft Gun    ~~$17.95~~ $10.50 On Sale!    [Add to Cart]

**Related Products**

    Scott Vectra Airsoft/Paintball Full Goggle Mask Airsoft Gun Accessory    ~~$20.00~~ $18.95 On Sale!    [Add to Cart]





HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS

HOME    MY CART    WHERE'S MY STUFF?    HELP



**CATEGORIES**

▶ Hot New Products
▶ Buy 2 Get 1 Free
▶ RC
  ▶ RC Cars
  ▶ RC Helicopters
  ▶ RC Trucks
  ▶ RC Airplanes
  ▶ RC Boats
  ▶ RC Brands
  ▶ Ed Hardy RC Toys
  ▶ More
▶ Airsoft Guns
  ▶ Airsoft Rifles
  ▶ Airsoft Pistols
  ▶ Electric Airsoft Guns
  ▶ Spring Airsoft Guns
  ▶ Gas Airsoft Guns
  ▶ Airsoft Sniper Rifles
  ▶ More
▶ FM Transmitters
▶ Electronic Kits
▶ Science Kits
▶ Robot Kits
▶ Magic Tricks
▶ Toys
▶ Clearance
▶ Free Shipping Items
▶ Daily Deal
▶ Wholesale

Airsoft Guns ▶ Cheap Airsoft Guns ▶ Cheap Spring Airsoft Guns ▶ Airsoft Pistols ▶ Spring Airsoft Pistols ▶ Airsoft Spring Pistols ▶ Cheap Airsoft Spring Pistols



**Spring P99 Pistol FPS-200, Two Tone Airsoft Gun**

SD-SHA120SB
~~$20.99~~ $15.97
On Sale!

Add to Cart

Click Here to See Related Products

MY CART

Get Product Alerts

**Product Description**

P99 spring airsoft pistol designed after the famous P99 pistol with a high performance hop up system. Heavy weight and 1/1 scale.

**Features:**

- Spring Powered
- 200 FPS
- P99 Replica
- Heavy Weight
- Hop Up System
- 1/1 Scale
- High Performance

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.

**Buy**

| | Spring P99 Pistol FPS-200, Two Tone Airsoft Gun | ~~$20.99~~ $15.97 On Sale! | Add to Cart |

**Related Products**

| | Scott Vectra Airsoft Paintball Full Goggle Mask Airsoft Gun Accessory | ~~$20.99~~ $18.95 On Sale! | Add to Cart |

   

Electric P99 Style Pistol Full Auto Blowback 230 FPS Airsoft Gun

Page 1 of 1

HOT NEW PRODUCTS    WHOLESALE    CLEARANCE:    FREE SHIPPING ITEMS

HOME   MY CART   WHERE'S MY STUFF?   HELP

**CATEGORIES**

▸ Top 10 Sellers
▸ Hot New Products
▸ RC
  ▸ RC Cars
  ▸ RC Helicopters
  ▸ RC Trucks
  ▸ RC Airplanes
  ▸ RC Boats
  ▸ RC Brands
  ▸ Ed Hardy RC Toys
  ▸ More
▸ Airsoft Guns
  ▸ Airsoft Rifles
  ▸ Airsoft Pistols
  ▸ Electric Airsoft Guns
  ▸ Spring Airsoft Guns
  ▸ Gas Airsoft Guns
  ▸ Airsoft Sniper Rifles
  ▸ More
▸ FM Transmitters
▸ Electronic Kits
▸ Science Kits
▸ Robot Kits
▸ Magic Tricks
▸ Toys
▸ Clearance
▸ Free Shipping Items
▸ Daily Deal
▸ Wholesale

Airsoft Guns ▸ Airsoft Pistols ▸ Electric Airsoft Pistols ▸ Automatic Airsoft Pistols ▸ Cheap Airsoft Guns ▸ Cheap Electric Airsoft Guns ▸ Airsoft AEG ▸ Cheap AEG Airsoft Guns



**Electric P99 Style Pistol Full Auto Blowback 230 FPS Airsoft Gun**

CM-2021A
$37.99 **$10.50**
On Sale!

Add to Cart

**Click Here to See Related Products**

| Qty | MY CART Product | Price |
|---|---|---|
| 1 | Spring P99 Pistol FPS-200 | $15.97 |
| 0 | Electric P99 Style Pistol | $0.00 |
| | **Subtotal** | **$15.97** |
| | CHECKOUT | |

🛒 **Get Product Alerts**

**Product Description**

This is a **Electric P99 Style Pistol Full Auto Blow back 230 FPS Airsoft Gun**. It comes with extreme detail and a solid heavy construction. It has a self cocking blow back system,. This electric pistol comes with all the batteries needed to start firing right away. This pistol shoots at 230 FPS and has a capacity of 17 rounds.

Electric Airsoft Pistols use batteries as their power source, they're usually fully automatic, and they shoot very fast. If you are looking for continuous fire fun, this is the type of Airsoft Gun for you - just hold down the trigger and watch these BBs stream out, one after the other, in a straight, swift line - which means fun and entertainment, plain and simple. This Electric Airsoft Pistol doesn't require any pumping just simply point and shoot.

**Features and Specifications:**

- 1:1 Scale Solid Heavy Construction
- Hop Up System
- Semi or Full Automatic Shooting
- Self Cocking Blowback System
- Runs of Regular/Rechargeable AAA Batteries
- Batteries and Charger included
- FPS: 230
- Magazine Capacity: 17

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any mis-use of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyright and/or other protects of material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.

**Buy**



Electric P99 Style Pistol Full Auto Blowback 230 FPS Airsoft Gun

$37.99
**$10.50**
On Sale!

Add to Cart

**Related Products**

HOME | MY CART | SITE MAP | CONTACT US | POLICIES | WHERE'S MY STUFF? | AFFILIATE PROGRAM | PRESS ROOM | RC BLOG | AIRSOFT BLOG

© 1995-2007, All material on this site is copyrighted by HobbyTron.com or the manufacturer of the lot itself.



06/25/2009 03:44 FAX 8187618954    WORLDTRADING    @033
Case 1:09-cv-00797-DJM-DML    Document 1-1    Filed 06/26/09    Page 57 of 65 PageID #: 60
Spring James Bond Pistol ... ft Gun FPS-150 (Free Target)    Page 1 of 4






HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS



HOME    MY CART    WHERE'S MY STUFF?    HELP

Airsoft Guns ▸ Cheap Airsoft Guns ▸ Cheap Spring Airsoft Guns ▸ Airsoft Pistols ▸ Spring Airsoft Pistols ▸ Cheap Airsoft Spring Pistols

**CATEGORIES**
- ▸ Top 10 Sellers
- ▸ Hot New Products
- ▸ RC
  - ▸ RC Cars
  - ▸ RC Helicopters
  - ▸ RC Trucks
  - ▸ RC Airplanes
  - ▸ RC Boats
  - ▸ RC Brands
  - ▸ Ed Hardy RC Toys
  - ▸ More
- ▸ Airsoft Guns
  - ▸ Airsoft Rifles
  - ▸ Airsoft Pistols
  - ▸ Electric Airsoft Guns
  - ▸ Spring Airsoft Guns
  - ▸ Gas Airsoft Guns
  - ▸ Airsoft Sniper Rifles
  - ▸ More
- ▸ FM Transmitters
- ▸ Electronic Kits
- ▸ Science Kits
- ▸ Robot Kits
- ▸ Magic Tricks
- ▸ Toys
- ▸ Clearance
- ▸ Free Shipping Items
- ▸ Daily Deal
- ▸ Wholesale



**Spring James Bond Pistol Airsoft Gun FPS-150 (Free Target)**
BC-03-B3
$0.00 $4.50
On Sale!

Add to Cart

Click Here to See Related Products

| MY CART | | |
|---|---|---|
| Qty | Product | Price |
| 1 | Spring P99 Pistol FPS-200 | $15.97 |
| | Subtotal | $15.97 |
| | CHECKOUT | |

**Product Description**

The Airsoft Spring GunJames Bond Pistol is modeled after James Bond's own gun. The Airsoft Spring GunJames Bond Pistol carries 13 rounds in its magazine and shoots 150FPS. The Airsoft Spring GunJames Bond Pistol also comes with a portable desktop sized BB Trap Target. Afun gun for those lazy days in the office.

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or incident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any or it's affiliates make claim nor representation of the same.

**Buy**

Spring James Bond Pistol Airsoft Gun FPS-150 (Free Target)    $0.00 $4.50 On Sale!    Add To Cart

**Related Products**

Scott Vectra Airsoft/Paintball Full Goggle Mask Airsoft Gun Accessory    $22.50 $18.95 On Sale!    Add To Cart

ICS Jar of 1000 .20g BBs Quick Loader Airsoft Gun Accessory    $5.00 $3.95 On Sale!    Add To Cart

06/25/2009 03:44 FAX 8187618954    WORLDTRADING    Ø034
Case 1:08-cv-00782-JM-HML    Document 1-1    Filed 06/26/09    Page 58 of 65 PageID #: 61
Wholeale Case (120 Units) Spring Mini James Bond Pistol FPS-170 ... oft Gun ($.75 Ce... Page 1 of 2



  

HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS



HOME    MY CART    WHERE'S MY STUFF?    HELP

**CATEGORIES**

- ▶ Top 10 Sellers
- ▶ Hot New Products

▶ RC
- ▶ RC Cars
- ▶ RC Helicopters
- ▶ RC Trucks
- ▶ RC Airplanes
- ▶ RC Boats
- ▶ RC Brands
- ▶ Ed Hardy RC Toys
- ▶ More

▶ Airsoft Guns
- ▶ Airsoft Rifles
- ▶ Airsoft Pistols
- ▶ Electric Airsoft Guns
- ▶ Spring Airsoft Guns
- ▶ Gas Airsoft Guns
- ▶ Airsoft Sniper Rifles
- ▶ More

▶ FM Transmitters
▶ Electronic Kits
▶ Science Kits
▶ Robot Kits
▶ Magic Tricks
▶ Toys
▶ Clearance
▶ Free Shipping Items
▶ Daily Deal
▶ Wholesale



## Wholeale Case (120 Units) Spring Mini James Bond Pistol FPS-170 Airsoft Gun ($.75 Cents Each)

WHO-120-AP-99
$114.00 $90.00
On Sale!

[ Add to Cart ]

**Click Here to See Related Products**

| MY CART | | |
|---|---|---|
| Qty | Product | Price |
| 1 | Spring P99 Pistol FPS-200 | $15.97 |
| | **Subtotal** | **$15.97** |
| | CHECKOUT | |

☐ Get Product Alerts

## Product Description

This is a black Ultra Mini James Bond style airsoft pistol and is only. Small and compact measuring only 4 inches long.

Approximate 1/1 scale James Bond style pistol. Suprise your friends with the back up pistol small enough to fit anywhere. Must Cock prior to each Shot! Beginners or experienced users. Specifications: Length: 4.5" Height: 3.5" Width: 3/4" Weight: 3 oz Magazine capacity: 10 rounds Range: 25 effective 50 Maximum Velocity: 170 Fps PURCHASE INCLUDES: 20 6mm BBs

This is a Spring Airsoft Pistol, which means it's powered by a spring and must be cocked for each shot. It's fast, clean, inexpensive and easily maintained; it requires no gas or batteries to operate. Also, Spring Airsoft Guns are the toughest, most durable of all Airsoft Guns, because they're made with few breakable pieces. If you're looking for a fun, reliable Airsoft Pistol that'll look great and perform even better, you've come to the right place.

**Features:**

- 1/1 Scale Completed High Grade Air Sport Gun
- Use 6mm BB bullet

**Includes:**

- Air Sport Gun
- 20 6mm BB's

**Specifications:**

- FPS: 170
- Magazine Capacity: 10 rounds
- Length: 4.5"
- Range: 25-50

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.





HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS    LIVE HELP

HOME | MY CART | WHERE'S MY STUFF? | HELP

## Shopping Cart

Have you seen our free shipping items? click here

**CATEGORIES**
- Top 10 Sellers
- Hot New Products
- RC
  - RC Cars
  - RC Helicopters
  - RC Trucks
  - RC Airplanes
  - RC Boats
  - RC Brands
  - Ed Hardy RC Toys
  - More
- Airsoft Guns
  - Airsoft Rifles
  - Airsoft Pistols
  - Electric Airsoft Guns
  - Spring Airsoft Guns
  - Gas Airsoft Guns
  - Airsoft Sniper Rifles
  - More
- FM Transmitters
- Electronic Kits
- Science Kits
- Robot Kits
- Magic Tricks
- Toys
- Clearance
- Free Shipping Items
- Daily Deal
- Wholesale

Product: Clearance Item - Electric James Bond Pistol FPS-150, Blowback Airsoft Gun (Limited Stock)
Sorry, this item is unavailable at this time.
Please remove the item from your shopping cart by putting a zero in the Quantity.
If you have questions about this item, please email support@hobbytron.com

☑ Show me my shopping cart every time I order something.

| Delete | Quantity | Image | Name | SKU | Each | Total |
|--------|----------|-------|------|-----|------|-------|
| Remove / Update | 0 | | Clearance Item - Electric James Bond Pistol FPS-150, Blowback Airsoft Gun (Limited Stock) | CM-2012B | $10.50 | $0.00 |

Total $0.00

Shipping Zip Code
Country        United States

Coupon Code:        Apply Coupon

Recalculate    Continue Shopping    Empty Cart

Ordering Instructions

Continue Shopping    Checkout    or     Check out with PayPal
The safe, easier way to pay

Intelli Heli
3CH Mini Helicopter
HobbyTron.com Newsletter Sign-Up
E-Mail Address:
First Name:

© 1995-2007, All material on this site is copyrighted by HobbyTron.com or the manufacturer of the kit itself.

SECURED BY GeoTrust
click to verify
16-Nov-08 00:18 GMT





Product: Spring P99 Pistol FPS-200, Two Tone Airsoft Gun
Sorry, this item is unavailable at this time.
Please remove the item from your shopping cart by putting a zero in the Quantity.
If you have questions about this item, please email support@hobbytron.com

☑ Show me my shopping cart every time I order something.

| Delete | Quantity | Image | Name | SKU | Each | Total |
|--------|----------|-------|------|-----|------|-------|
| Remove / Update | 0 | | Spring P99 Pistol FPS-200, Two Tone Airsoft Gun | SD-SHA120SB | $15.97 | $0.00 |

Total $0.00

Shipping Zip Code

Country    United States

Coupon Code:    Apply Coupon

Recalculate    Continue Shopping    Empty Cart

Ordering Instructions

Continue Shopping    Checkout    or    Check out with PayPal
The safer, easier way to pay

HOME | MY CART | SITE MAP | CONTACT US | POLICIES | WHERE'S MY STUFF? | AFFILIATE PROGRAM | PRESS ROOM |
RC BLOG | AIRSOFT BLOG

© 1995-2007, All material on this site is copyrighted by HobbyTron.com or the manufacturer of the kit itself.



   

HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS



HOME   MY CART   WHERE'S MY STUFF?   HELP

## CATEGORIES
▶ Top 10 Sellers
▶ Hot New Products
▶ RC
　▶ RC Cars
　▶ RC Helicopters
　▶ RC Trucks
　▶ RC Airplanes
　▶ RC Boats
　▶ RC Brands
　▶ Ed Hardy RC Toys
　▶ More
▶ Airsoft Guns
　▶ Airsoft Rifles
　▶ Airsoft Pistols
　▶ Electric Airsoft Guns
　▶ Spring Airsoft Guns
　▶ Gas Airsoft Guns
　▶ Airsoft Sniper Rifles
　▶ More
▶ FM Transmitters
▶ Electronic Kits
▶ Science Kits
▶ Robot Kits
▶ Magic Tricks
▶ Toys
▶ Clearance
▶ Free Shipping Items
▶ Daily Deal
▶ Wholesale

Airsoft Guns ▶ Cheap Airsoft Guns ▶ Cheap Electric Airsoft Guns ▶ Airsoft Pistols ▶ Electric Airsoft Pistols ▶ Airsoft Blowback Pistols ▶ Cheap Airsoft Spring Pistols ▶ Airsoft Low End Electric Guns ▶ Cheap AEG Airsoft Guns ▶ CYMA Airsoft Guns



### Clearance Item - Electric James Bond Pistol FPS-150, Blowback Airsoft Gun (Limited Stock)
CM-2012B
$37.99 $10.56
On Sale!

Add to Cart

Click Here to See Related Products

MY CART

## Product Description
This Airsoft Electric Pistol is modeled after a James Bond Pistol (New James Bond Gun). This Fully/Semi Automatic Electric Pistol with Blow Back comes with great features like a blow back, a hop up system and 10 free BBs.

### Features
- Replica
- James Bond Gun
- 150 Feet per Second
- Capacity: 15 Rounds
- 100 Free BBs
- Hop Up
- Blow Back

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.

## Buy



Clearance Item - Electric James Bond Pistol FPS-150, Blowback Airsoft Gun (Limited Stock)
$37.99 $10.56 On Sale!

Add to Cart

## Related Products



Scott Vectra Airsoft/Paintball Full Goggle Mask Airsoft Gun Accessory
$22.99 $18.95 On Sale!

Add to Cart







HOT NEW PRODUCTS   WHOLESALE   CLEARANCE   FREE SHIPPING ITEMS



HOME   MY CART   WHERE'S MY STUFF?   HELP



**CATEGORIES**
- Top 10 Sellers
- Hot New Products
- RC
  - RC Cars
  - RC Helicopters
  - RC Trucks
  - RC Airplanes
  - RC Boats
  - RC Brands
  - Ed Hardy RC Toys
  - More
- Airsoft Guns
  - Airsoft Rifles
  - Airsoft Pistols
  - Electric Airsoft Guns
  - Spring Airsoft Guns
  - Gas Airsoft Guns
  - Airsoft Sniper Rifles
  - More
- FM Transmitters
- Electronic Kits
- Science Kits
- Robot Kits
- Magic Tricks
- Toys
- Clearance
- Free Shipping Items
- Daily Deal
- Wholesale

Airsoft Guns ▶ Cheap Airsoft Guns ▶ Cheap Spring Airsoft Guns ▶ Airsoft Pistols ▶ Spring Airsoft Pistols ▶ Airsoft Spring Pistols ▶ Cheap Airsoft Spring Pistols



**Spring P99 Pistol FPS-200, Two Tone Airsoft Gun**
SID-SHA120SB
$20.93 **$15.97**
**On Sale!**

[Add to Cart]

Click Here to See Related Products

[MY CART]

▼ Get Product Alerts

**Product Description**

P99 spring airsoft pistol designed after the famous P99 pistol with a high performance hop up system. Heavy weight and 1/1 scale.

**Features:**
- Spring Powered
- 200 FPS
- P99 Replica
- Heavy Weight
- Hop Up System
- 1/1 Scale
- High Performance

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun . We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliates make claim nor representation of the same.

**Buy**



Spring P99 Pistol FPS 200, Two Tone Airsoft Gun
$20.93 **$15.97** **On Sale!**   [Add to Cart]

**Related Products**

Scott Vectra Airsoft/Paintball Full Goggle Mask Airsoft Gun Accessory
$22.95 **$18.95** **On Sale!**   [Add to Cart]

   

HOT NEW PRODUCTS    WHOLESALE    CLEARANCE    FREE SHIPPING ITEMS

HOME   MY CART   WHERE'S MY STUFF?   HELP

**CATEGORIES**
- Top 10 Sellers
- Hot New Products
- RC
  - RC Cars
  - RC Helicopters
  - RC Trucks
  - RC Airplanes
  - RC Boats
  - RC Brands
  - Ed Hardy RC Toys
  - More
- Airsoft Guns
  - Airsoft Rifles
  - Airsoft Pistols
  - Electric Airsoft Guns
  - Spring Airsoft Guns
  - Gas Airsoft Guns
  - Airsoft Sniper Rifles
  - More
- FM Transmitters
- Electronic Kits
- Science Kits
- Robot Kits
- Magic Tricks
- Toys
- Clearance
- Free Shipping Items
- Daily Deal
- Wholesale

Airsoft Guns ▸ Spring Airsoft Guns ▸ Cheap Spring Airsoft Guns ▸ Spring Airsoft Pistols ▸ Cheap Metal Airsoft Guns



**Spring EG710 Full Metal FPS 98 Airsoft Pistol**
DYT-EG710
$10.00 $6.00
On Sale!

Add to Cart

Click Here to See Related Products

MY CART
Get Product Alerts

**Product Description**

This is a Spring EG710 Full Metal FPS 98 Airsoft Pistol. It comes with extreme detail and a solid heavy metal construction. This pistol shoots 98 FPS and has a capacity of 12 rounds.

This is a Spring Airsoft Pistol, which means it's powered by a spring and must be cocked for each shot. It's fast, clean, inexpensive and easily maintained; it requires no gas or batteries to operate. Also, Spring Airsoft Guns are the toughest, most durable of all Airsoft Guns, because they're made with few breakable pieces. If you're looking for a fun, reliable Airsoft Pistol that'll look great and perform even better, you've come to the right place.

**Features and Specifications:**
- Solid Heavy Metal Construction
- FPS: 98
- Magazine Capacity: 12
- Length: 4.75 Inches

Charging an Airsoft Battery: The initial charge should be 4 hours but no longer, and subsequent charges should last no longer than 2-3 hours. Overcharging your battery will ruin your battery so that it won't hold a charge. Remember to never overcharge your battery!

Disclaimer: All Airsoft guns are sold with an orange tip. It is illegal to remove the orange tip. Removing the orange tip will void your warranty. You must be 18 years of age or older to purchase any Airsoft gun. We are not responsible for any harm or accident caused by any misuse of these Airsoft guns.

This is a toy and is not the real. Any related trademarks, copyrights and/or other protected material are held by their respective companies. HobbyTron.com, it's parent company nor any of it's affiliate make claim nor representation of the same.

**Buy**



Spring EG710 Full Metal FPS 98 Airsoft Pistol    $10.00 $6.00 On Sale!    Add to Cart

**Related Products**

© 1995-2007, All material on this site is copyrighted by HobbyTron.com or the manufacturer of the kit itself.

http://www.hobbytron.com/SpringEG710FullMetalFPS98AirsoftPistol.html    11/15/2008

<p>1</p>

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **660 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017.**

On June 25, 2009, I served the foregoing document described as **NOTICE OF REMOVAL** on the interested parties in this action.

☒   by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY REGULAR MAIL:** I deposited such envelope in the mail at 660 S. Figueroa Street, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐   **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐   **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 660 S. Figueroa Street, Los Angeles, California. The envelope was deposited with delivery fees thereon fully prepaid.

☐   **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐   (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on June 25, 2009, at Los Angeles, California.

Paul Driscoll

1

## SERVICE LIST

2

3

Brian J. McGinnis, Esq.              *Attorney for Plaintiff*
4  1292 E. 91st Street
Indianapolis, IN 46240               Tel:  317  818-0523
5                                    Fax:  317 566-2453

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE